# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LIONEL ELCAN WHITTAMORE JR.**                                **PLAINTIFF**

**V.**                    **CASE NO. 4:18-CV-309-KGB-BD**

**SALINE COUNTY DETENTION CENTER**
**and RODNEY WRIGHT**                                          **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.   Procedures for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Judge Kristine G. Baker. Mr. Whittamore may file written objections to this Recommendation if he disagrees with the Recommendation. Objections should be specific and should include the factual or legal basis for the objection. To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. By not objecting, Mr. Whittamore may waive any right to appeal questions of fact.

**II.  Discussion**

Lionel Elcan Whittamore, Jr., an inmate at the Saline County Detention Facility, filed this civil rights lawsuit on May 9, 2018. (Docket entry #1) Because Mr. Whittamore did not file a complete *in forma pauperis* (IFP) application or pay the statutory filing fee, the Court ordered him to do one or the other within thirty days of May 14, 2018. (#2) The

Court specifically cautioned Mr. Whittamore that his claims could be dismissed if he failed to address the filing fee requirement within the time allowed.

To date, Mr. Whittamore has failed to comply with the Court's May 14, 2018 Order, and the deadline for doing so has passed.

### III. Conclusion

The Court recommends that Mr. Whittamore's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's May 14, 2018 Order and failure to prosecute this case.

DATED, this 25th day of June, 2018.

_____
UNITED STATES MAGISTRATE JUDGE