IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LIONEL ELCAN WHITTAMORE, JR.**                              **PLAINTIFF**

v.                    Case No. 4:18-cv-00309-KGB/BD

**SALINE COUNTY DETENTION CENTER**
**and RODNEY WRIGHT**                                         **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Lionel Elcan Whittamore, Jr.'s, complaint is dismissed without prejudice.

So adjudged this 18th day of December, 2018.

_____
Kristine G. Baker
United States District Judge